UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00134-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| FRANCISCO VEGA-MARTINEZ | ) |
| a/k/a "David Hernandez-Ramos", and | ) |
| "David Ramos" | ) |

This matter comes now before this Court on motion of the United States of America, by and through the United States Attorney, to amend the caption, without the defendant's objection, in this action.

For good cause shown, and for the reasons stated in the motion, the Court hereby GRANTS the government's motion, and amends the instant caption to reflect the defendant's name as "David Hernandez-Ramos," and "Francisco Vega-Martinez" as an alias.

This the 8 day of January 2019.

_____
JAMES C. DEVER III
United States District Judge